IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MUSTAFA LIFE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-4926 |
| STATE OF PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 24th day of September, 2014, in consideration of the "Motion of Defendants Meisel, Donate, Miller and Sommers to Dismiss Amended Complaint Under Fed.R.Civ.P. 12(b)(6) and/or 28 U.S.C. §1915(c)" (doc. no. 22), Plaintiff's "Motion for Counsel" (doc. no. 21), and the responses thereto, it is hereby **ORDERED** that:

- Defendants' motion to dismiss is **GRANTED** in its entirety.
- Plaintiff's motion for counsel is **DENIED**.
- The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDERG, J.**